AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Shawn C. Byrd ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:20-CV-136 |
| Angel Shiverdecker ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pro Se Plaintiff's Complaint is dismissed pursuant to 28 U.S.C. § 1915; Directing that service of process not issue; terminating this case on the Court's docket; certifying that any appeal would be frivolous and not taken in good faith and, therefore denying in forma pauperis status on appeal.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Report and Recommendations.

Date: 6/11/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*